493 A.2d 78

**COUNTY OF DELAWARE, Petitioner,**

v.

**The TOWNSHIP OF MIDDLETOWN, et al.**

Supreme Court of Pennsylvania.

June 10, 1985.

Petition for Allowance of Appeal GRANTED, 73 E.D. Appeal Docket 1985.